IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREI DOROSHIN,<br><br>                Plaintiff,<br><br>v.<br><br>DREXEL UNIVERSITY, and JOHN FRY, and NORMA BOUCHARD,<br><br>                Defendants. | CIVIL ACTION<br><br>No. 2:22-cv-05158<br><br>(The Hon. Mia R. Perez) |

## **ORDER**

AND NOW, this 7th day of December, 2023, it is hereby ORDERED that Defendant's first Motion to Dismiss the Complaint (ECF No. 8) is hereby DENIED AS MOOT.

BY THE COURT:

_/s/ Mia R. Perez_
Mia R. Perez U.S.D.J.