IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREI DOROSHIN,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **DREXEL UNIVERSITY,** *et al.,* | : | **NO. 22-5158** |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 30th day of September, 2024, upon consideration of Defendants' Motion to Dismiss the Amended Complaint (ECF No. 10), Plaintiff's Response in Opposition (ECF No. 11), and Defendant's Reply Brief (ECF No. 14), it is hereby **ORDERED** that Defendants' motion is **GRANTED.** This matter is hereby dismissed.

BY THE COURT:

_____
HON. MIA R. PEREZ